UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 17-0358 EJD** |
| Plaintiff, | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| ALEXANDER ROSENBERG, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on August 7, 2017, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a. Apple laptop bearing serial number C02H22T8DJWT

    b. Apple iPhone, Model A1549, IMEI: 359301065504390

    c. Apple laptop bearing serial number W8828FXOOP1

    d. Apple laptop bearing serial number W8027ARTATM

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 17-0358 EJD                                                                                                               1

    e. Seagate external 500 GB hard drive bearing serial number NA734X5E

    f. Apple laptop bearing serial number C17NVA11G3QH

pursuant to Title 18, United States Code, Sections 1030(i) and (j), and Title 21, United States Code, Section 853.

  IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

  IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

  IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and was made part of the sentence and included in the judgment.

  IT IS SO ORDERED this __11__ day of __September__ 2017.

              _____
              HON. EDWARD J. DAVILA
              United States District Judge